No. 96–6524. WILLIAMS ET AL. v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6529. WHIPPLE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–6530. HOLDEN v. BRIGGS, SUPERINTENDENT, COOK INLET PRETRIAL FACILITY. C. A. 9th Cir. Certiorari denied.

No. 96–6551. TRAPP v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–6569. MCQUADE v. CITY OF KENT. C. A. 9th Cir. Certiorari denied.

No. 96–6573. HARRIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–6578. JOHNSON v. ROBBINSDALE INDEPENDENT SCHOOL DISTRICT 281 ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6581. LURIE v. CAESAR'S TAHOE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6601. SCHUMER v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 96–6612. THOMAS, AKA COLEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6627. HY THI NGUYEN v. DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 96–6633. FORT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6654. ELTAYIB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–6655. HARPER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6656. CASTRO QUINTANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.